**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PASTOR ISABEL VELA,<br>Plaintiff,<br>v.<br>CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:26-cv-02792 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983. On September 8, 2026, the assigned magistrate judge screened Plaintiff's complaint and found that a response is warranted as to Plaintiffs' claims of unlawful search and warrantless entry, false arrest and unlawful detention, excessive force, sexual battery/unlawful search, deliberate indifference to medical needs, and *Monell* liability, but the magistrate judge found Plaintiff failed to state any other cognizable claims. (Doc. 7.) On October 5, 2026, Plaintiff filed a notice to proceed with the claims found cognizable. (Doc. 8.)

On October 14, 2026, the magistrate judge recommended that the case proceed on the claims found cognizable at screening and that all other claims be dismissed. (Doc. 10.) The Court notified Plaintiff that she had 14 days to file objections. (Doc. 10.) The Court also informed Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's [judge's] factual findings' on appeal." (*Id.*, quoting *Wilkerson*

*v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) The time to file objections has passed, and the Court has received no objections.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations (Doc. 10) filed October 14, 2026, is **ADOPTED** in full.
2. This action shall proceed only as to Plaintiff's claims of unlawful search and warrantless entry, false arrest and unlawful detention, excessive force, sexual battery/unlawful search, deliberate indifference to medical needs, and *Monell* liability.
3. All other claims are dismissed from the action for failure to state a cognizable claim for relief.
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: November 15, 2026

UNITED STATES DISTRICT JUDGE