# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br>Plaintiff,<br>v.<br>CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:26-cv-02792-JLT-SAB<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

On April 13, 2026, Plaintiff Pastor Isabel Vela, who is proceeding *pro se* and *in forma pauperis*, filed a complaint in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

The Court has screened the complaint, 28 U.S.C. § 1915, and found that Plaintiff's complaint states cognizable claims of unlawful search and warrantless entry, false arrest and unlawful detention, excessive force, sexual battery/unlawful search, deliberate indifference to medical needs, and Monell claim against Defendants City of Fresno, Fresno Police Department, and Doe Sergeant.[1] (ECF Nos. 10, 11.) The Court now finds that a response is warranted from the defendants.

/ / /

/ / /

[1] The U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendant Doe Sergeant, Plaintiff will be required to identify him or her with enough information to locate the defendant for service of process. Once Plaintiff identifies the Doe Sergeant for service, then the Court will send Plaintiff the appropriate service documents. However, if Plaintiff fails to identify the defendant during the course of the action, Defendant Doe Sergeant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   **City of Fresno**

   **Fresno Police Department**.

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed on April 13, 2026 (ECF No. 1);

3. **Within thirty (30) days** from the receipt of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. a completed summons for **each** defendant named above;

   b. a completed USM-285 form for **each** defendant named above; and

   c. **Three (3) copies** of the endorsed complaint filed on April 13, 2026 (ECF No. 1);

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

**Plaintiff is informed that failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **November 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge